**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-14247(SR) |
| KARLA C. CHAVARRIA | : | CHAPTER 13 |
| aka KARLA C. GARRISON | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 26, 2017 at 10:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC STAY AND
CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY,
COMPELLING REJECTION OF THE LEASE AND
WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Cadillac XTS, VIN: 2G61T5S35D9216036 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Phoenix Health Management; and it is

ORDERED that the Lease is hereby rejected, and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order.

FOR THE COURT:

*Stephen Raslavich*

STEPHEN RASLAVICH
United States Bankruptcy Judge

Dated: July 26, 2017

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106

Michael D. Sayles, Esquire
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Karla C. Chavarria
1417 Redwood Lane
Wyncote, PA 19095

Phoenix Health Management
1417 Redwood Lane
Wyncote, PA 19095