United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14247-sr
Karla C. Chavarria                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Jul 26, 2017
                              Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db              +Karla C. Chavarria,    1417 Redwood Lane,    Wyncote, PA 19095-1905
13945296        +Ally Financial Inc.,    c/o REGINA COHEN,   190 North Independence Mall West,
                  6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:23      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2017 01:33:43
                  Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2017 01:33:57      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 01:39:45      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13941508         E-mail/Text: ally@ebn.phinsolutions.com Jul 27 2017 01:33:11      Ally Financial,
                  PO Box 130424,   Roseville MN 55113-0004
13937063        +E-mail/Text: ally@ebn.phinsolutions.com Jul 27 2017 01:33:11      Ally Financial,
                  PO Box 380901,   Minneapolis, MN 55438-0901
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,   P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Karla C. Chavarria midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-14247(SR) |
| KARLA C. CHAVARRIA | : | CHAPTER 13 |
| aka KARLA C. GARRISON | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 26, 2017 at 10:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.**
**RELIEF FROM THE AUTOMATIC STAY AND**
**CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY,**
**COMPELLING REJECTION OF THE LEASE AND**
**WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Cadillac XTS, VIN: 2G61T5S35D9216036 (the "Vehicle"); is hereby terminated effective the date of this Order; and it is

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and co-debtor Phoenix Health Management; and it is

ORDERED that the Lease is hereby rejected, and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order.

FOR THE COURT:

_/s/ Stephen Raslavich_

Dated: July 26, 2017

STEPHEN RASLAVICH
United States Bankruptcy Judge

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Michael D. Sayles, Esquire
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201


Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Karla C. Chavarria
1417 Redwood Lane
Wyncote, PA 19095


Phoenix Health Management
1417 Redwood Lane
Wyncote, PA 19095