*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Karla C. Chavarria
    Debtor(s)

Case No: 17–14247–jkf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion for Relief from Stay re: 1417 Redwood Ln., Wyncote, PA 19095. Fee Amount $181.00, Filed by PNC Bank, National Association Represented by JOHN ERIC KISHBAUGH (Counsel).

    on: 10/18/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/2/17

Timothy B. McGrath
Clerk of Court

37 – 32
Form 167