United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karla C. Chavarria  
    Debtor

Case No. 17-14247-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 25, 2017  
                     Form ID: pdf900     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
```
db           +Karla C. Chavarria,    1417 Redwood Lane,    Wyncote, PA 19095-1905
13937075      PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH 45401-8703
13957954     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13937076     +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13939891     +PNC Bank, National Association,    c/o JOHN ERIC KISHBAUGH,    Udren Law Offices PC,
               111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
14003966     +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 26 2017 01:25:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2017 01:25:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2017 01:25:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2017 01:25:26      Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 01:27:48      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor   PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Karla C. Chavarria midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karla C. Chavarria aka Karla C. Garrison | CHAPTER 13<br><br>CASE NO. 17-14247-JKF |

PNC Bank, National Association
       Movant
  vs.
Karla C. Chavarria aka Karla C. Garrison
       Debtor(s)
   and
Frederick L. Reigle, Esquire
       Trustee

**HEARING DATE:** October 19, 2017
**TIME:** 9:30am
**LOCATION:** Court Room # 3

RESPONDENTS

**ORDER MODIFYING AUTOMATIC STAY**

     **AND NOW**, this __25th__ day of __October__, 20__17__, upon Motion of PNC Bank, National Association for Relief from Automatic Stay and the Certificate of No Response which was filed on September 27, 2017, it is hereby

    **ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to the premises at:

        1417 Redwood Lane
        Wyncote, PA 19095

as to Movant, PNC Bank, National Association.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
Bankruptcy Judge

cc.  J. Eric Kishbaugh, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003-3620

Frederick L. Reigle, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Michael D. Sayles, Esquire
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

Karla C. Chavarria aka Karla C. Garrison
1417 Redwood Lane
Wyncote, PA 19095