United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karla C. Chavarria  
Debtor  

Case No. 17-14247-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: John  Page 1 of 2  Date Rcvd: Dec 21, 2017  
Form ID: pdf900  Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.

```
db             +Karla C. Chavarria,    1417 Redwood Lane,    Wyncote, PA 19095-1905
13945296       +Ally Financial Inc.,    c/o REGINA COHEN,    190 North Independence Mall West,
                 6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554
13937064      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5018)
13937066        Commonwealth of Pennsylvania,    Department of Revenue,    PIT Delinquent Tax Division,
                 Department 280604,    Harrisburg, PA 17128-0604
13937069        Facts Management Company,    12 South 13th Street, Suite 301,    South Bend, NE 68058
13937070        First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
13937071       +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13955580       +M&T BANK,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13937073        Mark J. Udren, Esquire,    Woodcrest Coporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13937074       +Meridan Financial Service,    PO Box 1410,    Asheville, NC 28802-1410
13937075        PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH 45401-8703
13957954       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13937076       +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14003966       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13939891       +PNC Bank, National Association,    c/o JOHN ERIC KISHBAUGH,    Udren Law Offices PC,
                 111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
14007235       +Saint Basil Academy,    c/o Finance Department,    711 Fox Chase Road,
                 Jenkintown, PA 19046-4197
13937077       +St. Basil Academy,    777 Fox Chase Road,    Jenkintown, PA 19046-3318
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 01:31:40     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13941508        E-mail/Text: ally@ebn.phinsolutions.com Dec 22 2017 01:34:39     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13937063        E-mail/Text: ally@ebn.phinsolutions.com Dec 22 2017 01:34:39     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14026299        E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:38     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13999952       +E-mail/Text: bankruptcy@cavps.com Dec 22 2017 01:35:25     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13937065        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:03     Commonwealth of Pennsylvania,
                 Department of Revenue,    Bureau of Compliance,    Department 280946,
                 Harrisburg, PA 17128-0946
13937067       +E-mail/Text: cio.bncmail@irs.gov Dec 22 2017 01:34:45     Department of Treasury,
                 Internal Revenue Service,    600 Arch Street, Room 5200,    Philadelphia, PA 19106-1611
13937072        E-mail/Text: camanagement@mtb.com Dec 22 2017 01:34:49     M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
14008597       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 22 2017 01:35:16     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
13990171        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:42:24
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13937925       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:42:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13964974       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13996206       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 22 2017 01:35:24     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13937078       +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 01:31:40     Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
13937079       +E-mail/Text: bankruptcydepartment@tsico.com Dec 22 2017 01:35:54     Transworld Systems, Inc.,
                 400 Lakeside Drive, Suite 200,    Horsham, PA 19044-2317
13991452        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2017 01:42:23     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Dec 21, 2017
                              Form ID: pdf900            Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
cr*             +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13937068*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Department of Treasury,    Internal Revenue Service,
                   Andover, MA 05501-0030)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH JASPER SWARTZ     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER     on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Karla C. Chavarria midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Karla Chavarria**            :        CHAPTER:  13
                                       :
                                       :
       DEBTOR                          :        Bankruptcy No.: **17-14247\jkf**

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date:_____

U.S. BANKRUPTCY JUDGE

**Date: December 21, 2017**